# Court of Appeals
# of the State of Georgia

ATLANTA,_____August 02, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1828.  WATSON v. ALI et al.**

Appellant Watson's brief was originally due on June 20, 2016, but, upon request by the appellant, that deadline was extended through July 11, 2016 by order of this Court. Appellant Watson failed to file a brief by that deadline or move for a further extension of time. On July 18, 2016, the appellees filed a motion to dismiss the appeal for failure of the appellant to provide a timely brief. To date, the appellant has not responded to the motion to dismiss or taken any other action in this Court to perfect his appeal. THEREFORE, the appellees motion is granted and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*_____08/02/2016_____
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*